FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2022 APR 13 AM 11:41

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA

v.

CASE NO. 8:22-cr-140 CEH-AAS

18 U.S.C. § 922(a)(6)

CHEYENNE MCINTOSH

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about September 9, 2021, in the Middle District of Florida, the defendant,

CHEYNNE MCINTOSH

knowingly made a false statement to a federally licensed firearm dealer while purchasing firearms.

In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

# FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 922(a)(6), the defendant, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms involved in or used in the violation.

3. The property to be forfeited includes, but is not limited to, the following:

   a. A Glock Inc., 9mm pistol, model 26, serial number AFSS013;
   b. A Glock Inc., 9mm pistol, model 19, serial number ABPU442;
   c. A Taurus, 9mm pistol, model G2C, serial number TLU70283;
   d. A Taurus, 9mm pistol, model G2C, serial number TLO87732;
   e. A Canik55, 9mm pistol, model TP-9DA, serial number 17BJ00232;
   f. A Rexio, S.R.L., .38 caliber revolver, model RJ38, serial number 074010; and
   g. A Girsan, 9mm pistol, model MC 9, serial number T6368-21A08547.

4. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

ROGER B. HANDBERG
United States Attorney

By: *[signature]*
Charlie D. Connally
Assistant United States Attorney

By: *[signature]*
James C. Preston, Jr.
Assistant United States Attorney
Chief, Violent Crimes and Narcotics Section

FORM OBD-34
April 22

No.

## UNITED STATES DISTRICT COURT
### Middle District of Florida
### Tampa Division

THE UNITED STATES OF AMERICA

vs.

CHEYENNE MCINTOSH

INDICTMENT

Violations: 18 U.S.C. § 922(a)(6) and 924(a)(2)

A true bill,

███████████████

Foreperson

Filed in open court this 13th day

of April, 2022.

_____
Clerk

Bail $_____

GPO 863 525