**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CLERK'S MINUTES
**STATUS CONFERENCE**

**Case Number: 8:22-CR-140-CEH-AAS**

**UNITED STATES OF AMERICA**                    **Government**
                                                **Counsel:**    **Charlie Dustin Connally**

                    **Plaintiff,**

**v.**

**CHEYENNE MCINTOSH**                           **Defense**
                                                **Counsel:**    **Adam Joseph Nate**

                    **Defendant.**

| Judge: | **Charlene Edwards Honeywell** | Court Reporter: | Sharon Miller |
|---|---|---|---|
| Deputy Clerk: | Bettye Samuel | Interpreter: | N/A |
| Date: | May 17, 2022 | Time: Total: | 10:29 AM – 10:31 AM 2 minutes |

Counsel identified for the record. Attorney Lisa Marie Thelwell standing in for Attorney Charlie Dustin Connally.

Defendant's *Oral Motion for Continuance* is GRANTED, for reasons stated on the record. The Government had no objection.

This case is continued for Two (2) cycles to the AUGUST 2022 trial term commencing August 1, 2022. Criminal Status Conference will be held on July 19, 2022 at 9:30 AM.

After considering all the factors, including those set forth in 18 U.S.C. §3161 (h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and Defendant in a speedy trial.