# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                              CASE NO: 8:22-cr-140-CEH-AAS

CHEYENNE MCINTOSH

_____/

## **O R D E R**

This cause is before the Court following a status conference held on July 19, 2022.  At the hearing, defense counsel moved for a continuance of trial until the October 2022 trial term.  The Government had no objection.

Accordingly, the oral motion is **GRANTED**.  This case is continued until the October 2022 trial term, commencing OCTOBER 3, 2022.  After considering all the factors, including those set forth in 18 U.S.C. § 3161(h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant(s) in a speedy trial.  The Court, therefore, determines that the time from today until the end of the October 2022 trial term shall be "excludable time" pursuant to 18 U.S.C. § 3161(h).

Another status conference is scheduled for **September 20, 2022 at 9:30 a.m.** before the undersigned.

**DONE AND ORDERED** in Tampa, Florida on July 19, 2022.

Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel for Defendant
United States Attorney
United States Magistrate Judge
United States Marshal Service
United States Probation Office
United States Pretrial Services