UNITED STATES OF AMERICA

v.                                              CASE NO. 8:22-cr-140-CEH-AAS

CHEYNNE MCINTOSH

### **NOTICE OF MAXIMUM PENALTIES, ELEMENTS OF OFFENSE**

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, hereby files this Notice of Maximum Penalties, Elements of Offense, Personalization of Elements and Factual Basis, stating as follows:

## ESSENTIAL ELEMENTS

The essential elements of a violation of 18 U.S.C. § 922(a)(6) and 924(a)(2), false statement on ATF form 4473, are as follows:

First: The defendant bought or tried to buy a firearm from a federally licensed firearms dealer;

Second: the defendant knowingly made a false statement that was intended to deceive the dealer; and

Third: the subject matter of the false statement was material to the lawfulness of the sale.

## PENALTY

The maximum penalty for the offense charged in Count One of the Indictment is 10 years' imprisonment, $250,000 fine, $100 special assessment, and three years' supervised release.

Additionally, the defendant must forfeit property, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), as outlined in the Indictment. Among the items that will be forfeited are the following: (1) Glock Inc., 9mm pistol, model 26, serial number AFSS013; (2) Glock Inc., 9mm pistol, model 19, serial number ABPU442; (3) Taurus, 9mm pistol, model G2C, serial number TLU70283; (4) Taurus , 9mm pistol, model G2C, serial number TLO87732; (5) Canik55, 9mm pistol, model TP-9DA, serial number 17BJ00232; Rexio, S.R.L., .38 caliber revolver, model RJ38, serial number 074010; and Girsan, 9mm pistol, model MC 9, serial number T6368-21A08547.

FACTUAL BASIS

On August 18, 2021, Jamaican authorities recovered a firearm that was used in a homicide. On September 13, 2021, Jamacia contacted ATF and requested that ATF trace the firearm. ATF conducted the trace and discovered that Cheynne McIntosh purchased the firearm that was used in the murder on March 16, 2021. ATF conducted additional research and discovered that McIntosh had purchased additional firearms since February 2021.

On September 13, 2021, ATF agents contacted J&M Gun Repair. J&M Gun Repair is located in Bradenton, within the Middle District of Florida. A worker at J&M Gun Repair provided ATF agents with the 4473 forms that McIntosh filled out on March 16, 2021 and September 9, 2021. The J&M Gun repair worker also

advised that McIntosh purchases her firearms from online and has the seller ship the firearms to the store.

McIntosh listed the address 5739 7th Street CT E, Bradenton, Florida as her address on both 4473 forms, including the one from September 9, 2021. ATF agents went to that address in an effort to interview McIntosh. ATF made contact with the current occupant of that residence, and learned that McIntosh had not lived at that residence for nearly one year.

On September 14, 2021, ATF agents located McIntosh and conducted an interview of McIntosh at the Manatee County Sheriff's Office. McIntosh stated that she moved from her previous address in Bradenton in January 2021 and that she had been house-to-house since the move. McIntosh stated that she sometimes sells the firearms that she purchases. McIntosh stated that she had sold 25 firearms since January 2021. McIntosh does not keep records of who she sells the firearms to, but stated that she does try and check to see if the buyer has a concealed weapons permit. McIntosh acknowledged purchasing firearms on September 9, 2021. MCINTOSH agreed that she had used the incorrect address on both 4473 forms from March and September and the answers were not truthful, and that she would not do it again.

On September 20, 2021, Morrison of J&M Gun Repair called ATF to tell ATF that McIntosh was there to pickup firearms that McIntosh had purchased on September 13, 2021. McIntosh recertified that the information on the 4473 form was

correct. McIntosh certified that her address was still 5739 7th Street CT E, Bradenton, Florida on the form. McIntosh took the firearms and left the store.

ATF approached McIntosh in the parking lot and seized the firearms. Agents informed McIntosh of her *Miranda* rights. McIntosh provided a post-*Miranda* statement. McIntosh provided the address 3614 17th Street West, Bradenton, Florida for the property receipt for the seized firearms.

An ATF agent inquired about the address on the 4473 form from September 13, 2021. McIntosh stated that the address on the 4473 form was not accurate. McIntosh also recalled her previous conversation with an ATF Agent regarding her having to provide an accurate address on the form.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: /s/ *Charlie D. Connally*
Charlie D. Connally
Assistant United States Attorney
Florida Bar No. 98475
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Charlie.Connally@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Adam Nate, AFPD

 /s/ *Charlie D. Connally*
Charlie D. Connally
Assistant United States Attorney
Florida Bar No. 98475
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:  (813) 274-6000
Facsimile:    (813) 274-6358
E-mail: Charlie.Connally@usdoj.gov